1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Roe RJ 50,<br><br>    Plaintiff,<br><br>    vs.<br><br>DOE 1, A CORPORATION; DOE 2, A CORPORATION; DOE 3, A CORPORATION SOLE and DOES 4 TO 100,<br><br>    Inclusive,<br><br>    Defendants. | Case No. 1:24-cv-1545-JLT-HBK<br><br>[Removed from Fresno County Superior Court, Case No. 24CECG03740]<br><br>**ORDER GRANTING DEFENDANT DOE 1'S REQUEST TO FILE EVIDENCE IDENTIFYING PLAINTIFF UNDER SEAL**<br><br>State Action Filed: August 26, 2024<br>Removed On: December 17, 2024<br>Trial Date:           None Set |

[~~PROPOSED~~] ORDER GRANTING DOE 1'S REQUEST TO FILE EVIDENCE IDENTIFYING PLAINTIFF UNDER SEAL                                                                                                                    - 1-

# [PROPOSED] ORDER

This matter came before this Court on Defendant Doe 1's ("Church") Request to File Evidence Identifying Plaintiff Under Seal (the "Request to Seal"). The Court, being fully advised, having considered the Request to Seal, any response in opposition thereto, and any reply in support thereof, all supporting papers to the foregoing, the record, the arguments of counsel, the stipulation of the parties, and applicable authorities and evidence, finds there are compelling reasons to grant the Church's Request to Seal.

IT IS HEREBY ORDERED that:

1. The Church's Request to Seal is granted.

2. The unredacted version of pages 1-5 of Exhibit 1 to the Declaration of Lisa Dearden Trépanier in Support of the Church's Request to Seal ("Trépanier Sealing Decl.") (i.e., the unredacted version of the Declaration of Adam Dawson in Support of the Church's Notice of Removal) shall be filed under seal.

3. The unredacted version of pages 6-9 of Exhibit 1 to the Trépanier Sealing Decl. (i.e., the unredacted version of Exhibit A to the Declaration of Adam Dawson in Support of the Church's Notice of Removal) shall be filed under seal.

4. The unredacted version of pages 10-36 of Exhibit 1 to the Trépanier Sealing Decl. (i.e., the unredacted version of Exhibits B through G to the Declaration of Adam Dawson in Support of the Church's Notice of Removal) shall be filed under seal.

IT IS SO ORDERED.

Dated: **December 19, 2024**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE