Lisa Dearden Trépanier (SBN 156302)
*LisaT@trepaniertajima.com*
Gregory E. Eisner (SBN 190135)
*greg@trepaniertajima.com*
Lisa M. Dale (SBN 194688)
*lisa.dale@trepaniertajima.com*
**TRÉPANIER TAJIMA LLP**
4605 Lankershim Blvd., Suite 540
North Hollywood, California 91602
Telephone: (323) 487-1101

Attorneys for Defendants
Doe 1 and Doe 2
[Filed on behalf of Doe 1 only]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Roe RJ 50,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DOE 1, A CORPORATION; DOE 2, A CORPORATION; DOE 3, A CORPORATION SOLE and DOES 4 TO 100,<br><br>　　　　Inclusive,<br><br>　　　　Defendants. | Case No. 1:24-CV-01545-JLT-HBK<br><br>District Judge Jennifer L. Thurston<br>Magistrate Judge Helena M. Barch-Kuchta<br><br>**NOTICE OF NEW AUTHORITY IN SUPPORT OF DEFENDANT DOE 1'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>Hearing Date: March 7, 2025<br>Time:　　　　9:00 a.m.<br>Courtroom:　4<br>Judge:　　　Hon. Jennifer L. Thurston |

　　　Defendant Doe 1 respectfully submits this notice of new authority in support of Defendant Doe 1's Opposition to Motion to Remand (Dkt. No. 8). Defendant brings to the Court's attention United States District Judge James V. Selna's February 6, 2025 Order denying Plaintiff's Motion to Remand in a

Central District of California case against Defendant, *Jane Roe MB 69 v. Doe 1, et al. Additional Party Names: Church of Jesus Christ of Latter-day Saints, Sunset Beach California Stake, Temple Corp. of the Church of Jesus-Christ of Latter-day Saints*, No. 8:24-CV-02395-JVS-DFM, 2025 WL 415344, at *1 (C.D. Cal. Feb. 6, 2025), attached hereto as Exhibit A. Judge Selna's Order was just issued yesterday and was not available at the time Defendant Doe 1's opposition brief was filed, so Defendant is providing it to the Court now.

Dated: February 7, 2025                                TRÉPANIER TAJIMA LLP

    /s/ *Lisa Dearden Trépanier*
Lisa Dearden Trépanier
Attorneys for Defendants
Doe 1 and Doe 2
[Filed on behalf of Doe 1 only]