Lauren A. Welling (SBN: 291813)
lwelling@sssfirm.com
Sarah Kissel Meier (SBN: 305315)
skmeier@sssfirm.com
**SLATER SLATER SCHULMAN LLP**
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Telephone: (310) 341-2086
Facsimile:  (310) 773-5573

*Attorneys for Plaintiff John Roe RJ 50*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE RJ 50,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOE 1, et al.<br><br>　　　　Defendants. | Case No: 1:24-cv-01545-JLT-HBK<br><br>**DECLARATION OF LAUREN A. WELLING IN SUPPORT OF PLAINTIFF'S REPLY**<br><br>Hon. Jennifer L. Thurston<br>Date: March 7, 2025<br>Time: 9:00 AM<br>Courtroom: 4 |

### DECLARATION OF LAUREN A. WELLING

I, Lauren A. Welling, hereby declare:

　　1.　　I am an attorney at law licensed to practice in the State of California and admitted to the United States District Court for the Eastern District of California. I am an attorney at the law firm of Slater Slater Schulman, LLP, counsel of record for Plaintiff in the above-captioned matter.

2. This declaration is submitted in support of Plaintiff's Reply in support of her Motion for Remand.

3. As stated in Defendants' Opposition papers, counsel for the Parties have met and conferred on multiple occasions.

4. At no point has counsel for Plaintiff stated or indicated that the Stake needs to remain a Defendant so the cases may remain in state court.

5. Counsel for Plaintiff has repeatedly indicated that we contend the Stake is a proper Defendant based on the information before us including but not limited to, the Stake roles in the supervision and oversight of its members and the perpetrator, the duty the Stake owed to Plaintiff, and the Stake's role and liability for the abuse that occurred at the Stake.

6. Counsel for Plaintiff has stated that these cases were properly filed in State court and should stay in State court.

7. Defendants Doe 1 and Doe 2 have asserted that Plaintiffs are incorrect, that the Stake is a subunit and not separate from Doe 1. In many similar cases and over the course of several months, various counsel for Defendants Doe 1 and Doe 2 have repeatedly proposed a stipulation from Doe 1 addressing these issues, including but not limited to Doe 1's liability for actions of Doe 3. Counsel for Plaintiff has agreed to review this proposed stipulation and other documentation to this effect. To date, no stipulation has been provided.

8. Counsel for Plaintiff has never agreed to dismiss Doe 3. Instead, Counsel for Plaintiff has agreed to appropriately review any stipulations or documentation provided in an effort to meet and confer and potentially resolve issues where we are able to.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Signed February 10, 2025 in Los Angeles, California.

/s/ Lauren A. Welling

2
DECLARATION OF LAUREN A. WELLING IN SUPPORT OF PLAINTIFF'S REPLY