1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOHN ROE RJ 50,                              Case No.  1:24-cv-01545-JLT-HBK

12              Plaintiff,

13         v.                                      ORDER GRANTING CONSTRUED MOTION
                                                   TO AMEND COMPLAINT
14    DOE 1, A CORPORATION; DOE 2, A
      CORPORATION; DOE 3, A                        (Doc. No.  19)
15    CORPORATION SOLE and DOES 4 TO
      100,
16
                Defendants.
17

18

19         Pending before the Court is the Parties' joint Stipulation to Dismiss Plaintiff's Fourth

20   Cause of Action and to Strike Prayer for Attorneys' Fees With Prejudice filed February 27, 2025.

21   (Doc. No. 19).

22         On April 26, 2024, Plaintiff commenced this action with the filing of a Complaint for

23   Damages ("Complaint") in the Superior Court of the State of California, County of Fresno,

24   alleging claims for negligence, negligent supervision of a minor, sexual abuse of a minor, and

25   breach of mandatory duty.  (Doc. No. 1-2).  On December 17, 2024, Defendant Doe 1 removed

26   this case to this Court.  (Doc. No. 1).  The Parties have reached an agreement whereby Plaintiff

27   agrees to dismiss with prejudice the fourth cause of action for breach of mandatory duty with

28   prejudice (Doc. No. 1-2 at 19-20) and agrees to strike with prejudice the prayer for attorneys' fees

1  from the Complaint (Doc. No. 1-2 at 20, ¶20).  (Doc. No. 19 at 2).

2         Federal Rule of Civil Procedure 15(a) "is appropriate mechanism" when party is

3  eliminating an issue or one or more claims but not completely dismissing a defendant.  *Hells*

4  *Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 687 (9th Cir. 2005).  Consequently, the

5  Court construes the Parties' Stipulation as a motion to amend the Complaint under Rule 15(a)(2).

6         Accordingly, it is **ORDERED**:

7         Plaintiff's construed unopposed motion to amend the Complaint (Doc. No. 19) is

8  GRANTED to the extent that:

9     1.  The Complaint's Fourth Cause of Action for Breach of Mandatory Duty
          Against All Defendants and Does 4-100 (Doc. No. 1-2 at 19-20, ¶¶ 77-82) is
10        dismissed with prejudice; and

11    2.  The Complaint's prayer for attorneys' fees (Doc. No. 1-2 at 20, ¶ 2) is
          stricken with prejudice.
12

13
   Dated:    March 3, 2025
14                                               HELENA M. BARCH-KUCHTA
                                                 UNITED STATES MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28