1  Michael W. Carney, (SBN 24154)
   Lauren A. Welling, (SBN 291813)
2  Sarah Kissel Meier, (SBN 305315)
   **SLATER SLATER SCHULMAN LLP**
3  8383 Wilshire Boulevard, Suite 255
4  Beverly Hills, California 90211
   Telephone:     (310) 341-2086
5  Attorneys for Plaintiff RJ 50

6
   Lisa Dearden Trépanier (SBN 156302)
7  *LisaT@trepaniertajima.com*
   Lisa M. Dale (SBN 194688)
8  *lisa.dale@trepaniertajima.com*
   **TRÉPANIER TAJIMA LLP**
9  4605 Lankershim Blvd., Suite 540
   Los Angeles, California 91602
10 Telephone: (323) 487-1101
11 Attorneys for Defendants
   The Church of Jesus Christ of Latter-day Saints and
12 Temple Corporation of The Church of Jesus Christ of Latter-day Saints

13                    **UNITED STATES DISTRICT COURT**

14                    **EASTERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| John Roe RJ 50, | Case No. 1:24-CV-01545-JLT-HBK |
| Plaintiff, | District Judge Jennifer L. Thurston<br>Magistrate Judge Helena M. Barch-Kuchta |
| vs. | **JOINT STIPULATION AND REQUEST TO STAY PROCEEDINGS PENDING SETTLEMENT; [~~PROPOSED~~] ORDER** |
| THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole; TEMPLE CORPORATION OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation; FRESNO CALIFORNIA EAST STAKE OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, and DOES 4 TO 100, | |
| Inclusive, | |
| Defendants. | |

Plaintiff John Roe RJ 50 and Defendants The Church of Jesus Christ of Latter-day Saints and Temple Corporation of The Church of Jesus Christ of Latter-day Saints ("Church Defendants") (collectively the "Parties"), by and through their respective attorneys of record, hereby jointly stipulate and request that the proceedings be stayed until July 28, 2025.

WHEREAS, on April 10, 2025, the Parties conducted private mediation with Tagore Subramaniam of Momentum ADR. The mediation was attended by representatives of all Parties. The Parties reached a settlement in principle;

WHEREAS, the proposed settlement includes global resolution of over one hundred other claims;

WHEREAS, the Parties require further time to discuss and finalize terms of the global settlement;

WHEREAS, the Parties will require further time to meet the terms of the settlement agreement;

WHEREAS, a stay is necessary to allow the Parties to continue engaging in good faith settlement negotiations to finalize a settlement agreement;

WHEREAS, on April 3, 2025, the United States Judicial Panel on Multidistrict Litigation denied Movants' Motion to transfer cases to the Central District of California (MDL No. 3150, ECF 83);

WHEREAS, on November 19, 2024, Defendants The Church of Jesus Christ of Latter-day Saints (formerly Doe 1) and Temple Corporation of The Church of Jesus Christ of Latter-day Saints (formerly Doe 2) filed an answer to Plaintiff's Complaint in Fresno Superior Court prior to removing this case to federal court (ECF 1-11) thereby waiving service; whereas Church Defendants' position is that Defendant Fresno California East Stake of The Church of Jesus Christ of Latter-day Saints (formerly Doe 3) is an ecclesiastical subunit of The Church of Jesus Christ of Latter-day Saints (ECF 8), and thus no service is required on this defendant;

THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties, through their respective counsel of record and subject to Court approval, that all proceedings be stayed until July 28, 2025.

IT IS FURTHER HEREBY STIPULATED, by and between the Parties, through their respective counsel of record and subject to Court approval, that the following hearing dates and Court-ordered deadlines be vacated pending final settlement.

- April 23, 2025, Updated Joint Status Report due (ECF 30);

- April 30, 2025, 10:00 a.m., Continued Initial Scheduling Conference (ECF 30).

Therefore, the Parties respectfully request the Court enter an Order staying the proceedings in this matter pursuant to the above stipulations.

Dated: April 17, 2025                           SLATER SLATER SCHULMAN LLP


                                             */s/ Lauren A. Welling (as authorized on 4/17/25)*
Michael W. Carney
Lauren A. Welling
Sarah Kissel Meier
Attorneys for Plaintiff

Dated: April 17, 2025                           TRÉPANIER TAJIMA LLP


                                             */s/ Lisa Dearden Trépanier*
Lisa Dearden Trépanier
Attorneys for Defendants
The Church of Jesus Christ of Latter-day Saints and Temple Corporation of The Church of Jesus Christ of Latter-day Saints

## ORDER

Pursuant to the above stipulation, which indicates that the parties have reached a global settlement in principle, this matter is stayed until **July 28, 2025**. On or before **July 25, 2025,** the parties **SHALL** file dispositional documents or an appropriate alternative request. All deadlines are continued by 120 days to accommodate the settlement process.

IT IS SO ORDERED.

    Dated:   **April 17, 2025**                                                    /s/ Jennifer L. Thurston
                                                                                  UNITED STATES DISTRICT JUDGE