Lauren A. Welling (SBN 291813)
lwelling@sssfirm.com
Sarah Kissel Meier (SBN 305315)
skmeier@sssfirm.com
**SLATER SLATER SCHULMAN LLP**
8383 Wilshire Blvd. Suite 255
Beverly Hills, CA 90211
Telephone: (310) 341-2086
Fax: (310) 773-5573

*Attorneys for Plaintiff, John Roe RJ 50*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE RJ 50,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE; TEMPLE CORPORATION OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION; FRESNO CALIFORNIA EAST STAKE OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, AND DOES 4 TO 100,<br><br>Inclusive,<br>　　　　Defendants. | Case No. 1:24-CV-01545-JLT-HBK<br><br>**STIPULATION OF DISMISSAL [FRCP 41(a)]**<br><br>District Judge Jennifer L. Thurston<br>Magistrate Judge Helena M. Barch-Kuchta |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JOHN ROE RJ 50 and Defendants THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE; TEMPLE CORPORATION OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION; FRESNO CALIFORNIA EAST STAKE OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, hereby stipulate and agree that the above-captioned action be dismissed with prejudice as to all claims, causes of action, and all parties, with each party bearing its own attorney's fees and costs.

Dated:  July 24, 2025                           SLATER SLATER SCHULMAN LLP

                                                By:   /s/ Lauren Welling
                                                      Lauren A. Welling
                                                      Sarah Kissel Meier
                                                      Attorneys for Plaintiff John Roe RJ 50


Dated:  July 24, 2025                           TREPANIER TAJIMA LLP

                                                By:   /s/ Lisa Trépanier
                                                      Lisa Dearden Trépanier
                                                      Lisa M. Dale
                                                      Attorneys for Defendants The Church of Jesus Christ
                                                      of Latter-day Saints, Temple Corporation of The
                                                      Church of Jesus Christ of Latter-day Saints, and Fresno
                                                      California East Stake of The Church of Jesus Christ of
                                                      Latter-day Saints

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 ‖ Fax: (310) 773-5573

2
**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**