Lauren A. Welling (SBN 291813)
lwelling@sssfirm.com
Sarah Kissel Meier (SBN 305315)
skmeier@sssfirm.com
**SLATER SLATER SCHULMAN LLP**
8383 Wilshire Blvd. Suite 255
Beverly Hills, CA 90211
Telephone: (310) 341-2086
Fax: (310) 773-5573

*Attorneys for Plaintiff, John Roe RJ 50*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE RJ 50,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE; TEMPLE CORPORATION OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION; FRESNO CALIFORNIA EAST STAKE OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, AND DOES 4 TO 100,<br><br>Inclusive,<br>　　　　Defendants. | Case No. 1:24-CV-01545-JLT-HBK<br><br>**[PROPOSED] ORDER OF DISMISSAL**<br><br>District Judge Jennifer L. Thurston<br>Magistrate Judge Helena M. Barch-Kuchta |

**[PROPOSED] ORDER OF DIMISSAL**

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and all parties, with each party bearing its own attorney's fees and costs. The Clerk is directed to close the file.

Dated: _____

                                                          _____
HON. JENNIFER L. THURSTON
UNITED STATES DISTRICT COURT JUDGE

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 ‖ Fax: (310) 773-5573