# PROOF OF SERVICE

*John Roe RJ 50 v. Doe 1 et al*
1:24-cv-01545-JLT-HBK

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is business address is 8383 Wilshire Blvd., Suite 255, Beverly Hills, CA 90211.

On July 24, 2025, I served true copies of the following document(s) described as **STIPULATION OF DISMISSAL [FRCP 41(a)] AND [PROPOSED] ORDER OF DISMISSAL**

on the interested parties in this action as follows:

Attorney: Lisa Dearden Trepanier
Email: lisat@trepaniertajima.com

Attorney: Lisa Marie Dale
*Email:* lisa.dale@trepaniertajima.com

Attorney: Gregory Evan Eisner
Email: greg@trepaniertajima.com

**Trepanier Tajima LLP**
Address: 4605 Lankershim Blvd. Suite 540
North Hollywood, CA 91602
Phone: (323) 487-1101

Attorneys for Defendants The Church of Jesus Christ of Latter-day Saints,
Temple Corporation of The Church of Jesus Christ of Latter-day Saints

**[X] THROUGH CM/ECF ELECTRONIC CASE FILING SYSTEM**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 24, 2025 at Los Angeles, California.

*/s/ Dayana Muir*
Dayana Muir
*Paralegal*